## KESSLER *v.* HECHT.

COBB, J. No error of law is assigned; the motion for a new trial being upon the general grounds only. The evidence, though conflicting, was amply sufficient to warrant the verdict, and there is nothing to take the case out of the general rule, that under such circumstances the judgment will be affirmed. No sufficient reason appears for suing out this writ of error, and it therefore must have been done for delay only. For this reason the mo-

tion that damages be awarded is granted.　See *Collins* v. *Mobile Fruit & Trading Co.*, 108 *Ga.* 752.

*Judgment affirmed, with damages.　All the Justices concur.*

Argued ˙October 20,—Decided November 12, 1904.

Complaint.　Before Judge Hodges.　City court of Macon. February 6, 1904.

*M. R. Freeman* and *Claud Estes*, for plaintiff in error.
*Ross & Grace*, contra.